■ BARRETTA ROBERTS, Appellant, v MONTGOMERY REALTY, Respondent.—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Golden, J.), dated May 25, 1988, which granted the defendant's motion for summary judgment dismissing the action.

Ordered that the order is affirmed, with costs *(see, Martinez v Lazaroff,* 66 AD2d 874, *affd* 48 NY2d 819; *see also, Green v New York City Hous. Auth.,* 82 AD2d 780, *affd* 55 NY2d 966). Mangano, J. P., Lawrence, Kooper and Rosenblatt, JJ., concur.